UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE LEVOCK,

      Plaintiff,                                Case No. 04-74695

v.                                          Honorable John Corbett O'Meara

COSTCO WHOLESALE CORPORATION,

      Defendant.
_____/

**ORDER GRANTING**
**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

This matter came before the court during a three-day jury trial. Pursuant to Rule 50 of the Federal Rules of Civil Procedure, defendant Costco moved for judgment as a matter of law following the close of Plaintiff's case. The court took the motion under advisement. Following the close of Defendant's case, Defendant renewed its motion.

For the reasons set forth on the record on October 19, 2006, it is hereby **ORDERED** that defendant Costco's motion for judgment as a matter of law is **GRANTED.**


                                                     s/John Corbett O'Meara
                                                     United States District Judge

Dated: November 2, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 2, 2006, by electronic and/or ordinary mail.

                                                   s/William Barkholz
                                                 Case Manager